IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS HASSERT,

    Plaintiff,　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　　　Case No. 16-cv-243-jdp

NAVIENT SOLUTIONS, INC.,
*f/k/a Sallie Mae, Inc.*

    Defendant.

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Navient Solutions, Inc. against plaintiff Thomas Hassert dismissing this case.

|  |  |
|---|---|
| s/ J. Smith, Deputy Clerk | 1/06/2017 |
| Peter Oppeneer, Clerk of Court | Date |