## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THOMAS HASSERT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 3:16-cv-00243-JDP |
| | ) |
| NAVIENT SOLUTIONS, INC., f/k/a | ) |
| SALLIE MAE, INC., | ) |
| | ) |
|     Defendant. | ) |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Plaintiff, THOMAS HASSERT, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 6th day of January, 2017.

DATED:   February 6, 2017            RESPECTFULLY SUBMITTED,

By:  /s/ Samantha A Craig_____
    Samantha A. Craig
    Michael S. Agruss
    Agruss Law Firm, LLC
    4809 N. Ravenswood Ave., Suite 419
    Chicago, IL 60640
    Tel: 312-224-4695
    Fax: 866-583-3695
    samantha@agrusslawfirm.com
    michael@agrusslawfirm.com
    Attorneys for Plaintiff,
    TOM HASSERT

## PROOF OF SERVICE

I, Samantha A. Craig, state the following:

I am employed in Chicago, Illinois. I am over the age of 18, and am not a party to this action. My business address is 4809 N. Ravenswood Ave., Suite 419, Chicago, IL, 60640. On February 6, 2017, I served the following documents:

**AMENDED NOTICE OF APPEAL**

On the parties listed below:

Joseph P. Campbell
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1243 N. 10th Street, Suite 210
Milwaukee, WI 53205
Joseph.campbell@ogletreedeakins.com

By the following means of service:

[X] **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

[X] **FEDERAL:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on February 6, 2017.

By: /s/Samantha A. Craig
Samantha A. Craig

2